UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-62 RLM |
| ) | |
| THOMAS M. REA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations relating to the defendant's motion to dismiss entered on June 3, 2016. Accordingly, the court ADOPTS those findings and recommendations [docket # 76]. Because defendant Thomas M. Rea is not competent to stand trial, will not likely be restored to competency, and presents no danger to the community, the court ORDERS that the charges in the Indictment against Mr. Rea be DISMISSED and the appointment of the Guardian Ad Litem and the previously imposed conditions of release be terminated.

SO ORDERED.

ENTERED:  June 28, 2016

　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　Northern District of Indiana